824

No. 125. WHITE ET AL. *v.* CHICAGO LAND CLEARANCE COMMISSION. Supreme Court of Illinois. Certiorari denied. *Heber T. Dotson* and *Richard E. Westbrooks* for petitioners. *Clay Judson* for respondent.

No. 127. HOTEL & RESTAURANT EMPLOYEES' BARTENDERS' INTERNATIONAL UNION, A. F. OF L., ET AL. *v.* RICHARDS-GREENFIELD, INC. Circuit Court of Wayne County, Michigan. Certiorari denied. *Hugh Francis* for petitioners. *Guy W. Moore* for respondent.

No. 128. TILLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Arthur M. Fitzgerald* for petitioner. *Solicitor General Perlman* for respondent.

No. 130. MARTIN *v.* COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. *Arthur W. Procter* and *Caleb A. Harding* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 131. LABRENZ ET AL. *v.* ILLINOIS EX REL. WALLACE ET AL. Supreme Court of Illinois. Certiorari denied. *Hayden C. Covington* for petitioners. *Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, and *John S. Boyle* for respondents.

No. 132. GENSMER *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. *John R. Foley, Sr.* and *John R. Foley, Jr.* for petitioner. *J. A. A. Burnquist,* Attorney General of Minnesota, *Charles E. Houston,* As-

sistant Attorney General, and *George B. Sjoselius*, Deputy Attorney General, for respondent.

No. 133.   DELANY *v.* PADGETT ET AL.   C. A. 5th Cir. Certiorari denied.   *Theodore B. Stubbs* for petitioner.

No. 134.   GOODYEAR TIRE & RUBBER CO., INC. *v.* TIERNEY ET AL.   Supreme Court of Illinois.   Certiorari denied.   *Charles M. Spence* for petitioner.

No. 135.   PARKER *v.* NORTH CAROLINA.   Supreme Court of North Carolina.   Certiorari denied.   *Jane A. Parker* for petitioner.   *Harry McMullan*, Attorney General of North Carolina, and *Claude L. Love*, Assistant Attorney General, for respondent.

No. 136.   AIR TRANSPORT ASSOCIATES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Warren E. Miller* for petitioner.   *Solicitor General Perlman, Acting Assistant Attorney General Clapp, J. Roger Wollenberg* and *Emory T. Nunneley, Jr.* for the Civil Aeronautics Board; and *L. Welch Pogue* for Alaska Airlines, Inc., respondents.

No. 141.   WEBSTER *v.* OHIO.   Supreme Court of Ohio. Certiorari denied.   *Alexander H. Martin* for petitioner. *Joseph H. Crowley* for respondent.

No. 142.   ESTATE OF HAUPTFUHRER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari